IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLARENCE G. THOMAS,

    Plaintiff,

v.                                      CASE NO.: 1:09cv153-SPM/AK

CROM EQUIPMENT RENTALS, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Disposition Report (doc. 11) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 25th day of January, 2010.

                                                  *s/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  Chief United States District Judge